UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARLIN PENN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>WARDEN OF KERN VALLEY STATE PRISON, ET. AL.,<br><br>　　　　Defendants. | Case No. 1:18-cv-01482-AWI-HBK (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS<br><br>(Doc. Nos. 48, 52) |

　　　　Plaintiff Marlin Penn is a state prisoner proceeding pro se and in forma pauperis in this civil rights action. This matter was referred to a United States magistrate judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Eastern District of California Local Rule 302.

　　　　On June 8, 2022, the assigned magistrate judge issued findings and recommendations, recommending the denial of Plaintiff's motion for a preliminary injunction. Doc. No. 52 at 1-5. The findings and recommendations served on Plaintiff provided him fourteen days to file objections. Id. at 1, 5. Plaintiff did not file objections and the time for doing so has now passed. See docket.

　　　　Consistent with 28 U.S.C. § 636(b)(1)(C), this Court has conducted a de novo review of this case. Having carefully reviewed the file, the Court concludes the findings and recommendations are supported by the record and by proper analysis.

**<u>ORDER</u>**

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations issued on June 8, 2022 (Doc. No. 52) are ADOPTED in full; and,

2. Plaintiff's motion for a preliminary injunction (Doc. No. 48) is DENIED.

IT IS SO ORDERED.

Dated:   September 27, 2022

SENIOR  DISTRICT  JUDGE