1

2

3

4

5

6

7

8                          **UNITED STATES DISTRICT COURT**

9                           EASTERN DISTRICT OF CALIFORNIA

10

11   SEAN J. RICHSON-BEY,                    **1:21-cv-01482-JLT-GSA-PC**

12          Plaintiff,                       **ORDER ADOPTING FINDINGS AND**
                                             **RECOMMENDATIONS IN FULL**
13      vs.                                  **(Doc. 26.)**

14   WATROUS, et al.,                        **ORDER DISMISSING THIS CASE, WITH**
                                             **PREJUDICE, FOR FAILURE TO STATE A**
15          Defendants.                      **CLAIM**

16                                           **ORDER FOR CLERK TO CLOSE CASE**

17          Sean J. Richson-Bey, is a state prisoner proceeding *pro se* and *in forma pauperis* in this

18   civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States

19   Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20          The magistrate judge issued findings and recommendations indicating that this case

21   should be dismissed based on plaintiff's failure to state a claim upon which relief may be granted

22   under § 1983.  (Doc. 26.)  Plaintiff filed objections.  (Doc. 27.)  In them, he reiterates many of

23   the same assertions he made in his second amended complaint.

24          According to of 28 U.S.C. § 636 (b)(1)(B) and Local Rule 304, this court has conducted

25   a *de novo* review of this case.  Having carefully reviewed the entire file, including plaintiff's

26   objections, the court finds the findings and recommendations to be supported by the record and

27   proper analysis. Thus, the Court **ORDERS**:

28          1.      The findings and recommendations issued by the magistrate judge on June 12,

2023, are adopted in full.

2.	This action is dismissed, with prejudice, based on plaintiff's failure to state a claim upon which relief may be granted under § 1983; and

3.	The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **September 29, 2023**



UNITED STATES DISTRICT JUDGE